UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RYAN HAE KWON, D.O.

      Petitioner,

CIVIL ACTION NO. 2:06-CV-14825

    -vs-                            HON. AVERN COHN

SECRETARY OF THE ARMY,

      Respondent.
_____/

## **ORDER**

This matter having come before the court on Petitioner's Motion for Temporary Restraining Order, IT IS HEREBY ORDERED THAT, for the reasons stated on the record on October 26, 2006:

    1.  The motion is denied;

    2.  Petitioner is ordered to report to Fort Lewis, Tacoma, Washington by October 27, 2006;

    3.  Respondent shall assign Petitioner to duties at Madigan Army Hospital as a staff anesthesiologist pending the outcome of Petitioner's application for Conscientious Objector status and pending the outcome of this action, over which the court will retain jurisdiction.

                                                s/Avern Cohn
                                                UNITED STATES DISTRICT COURT

DATED:  October 26, 2006

Approved as to form:

s/Louis P. Font                          s/Peter A. Caplan
Attorney for Petitioner                Attorney for Respondent